UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PALWINDER SINGH,

                      Plaintiff,                 Civil Action No.: 21-cv-11226-CS

      -against-                          NOTICE OF ACCEPTANCE OF
                                                    DEFENDANT'S RULE 68 OFFER
9D FOOD MART INC. d/b/a Sunoco;         OF JUDGMENT TO PLAINTIFF
BHAJAN SINGH, and RAVINDER KAUR,

                  Defendants.
-------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Now comes Plaintiff, PALWINDER SINGH, by and through his attorney, John Troy, Esq., Troy Law PLLC, and presents for filing Plaintiff's Acceptance of Defendant's Offer of Judgment Pursuant to Rule 68.

1. On January 10, 2022, Plaintiff filed this action against Defendants.

2. On August 26, 2022, Defendant 9D Food Mart Inc. served an Offer of Judgment in this action in the amount of $45,000.00, annexed hereto as Exhibit "A."

3. Pursuant to Federal Rule of Civil Procedure Rule 68, Plaintiff timely served written notice of his acceptance of the Offer via email to Defendant's attorney of record and has authorized her to file same with the Court.

Dated: August 28, 2022                    Respectfully submitted,

                                               John Troy, Esq.
                                             Troy Law, PLLC
                                             Attorneys for Plaintiff
                                             41-25 Kissena Blvd, Ste 103
                                             Flushing, NY 11355
                                             (T) 718-762-1324
                                             (E) troylaw@troypllc.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on August 28, 2022, I caused to be served a true and correct copy of Plaintiff's Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68, via email to Defendant's counsel of record:

Jennifer S. Echevarria, Esq. [Jennifer@EchevarriaLawPLLC.com]

Dated: Flushing, New York
August 28, 2022

_____
John Troy, Esq.
Troy Law, PLLC
Attorneys for Plaintiff
41-25 Kissena Blvd, Ste 103
Flushing, NY 11355
(T) 718-762-1324
(E) troylaw@troypllc.com