UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALWINDER SINGH, on behalf of himself and others similarly situated,

        Plaintiff,

v.

9D FOOD MART INC. d/b/a Sunoco, BHAJAN SINGH, and RAVINDER KAUR,

        Defendants.

[~~PROPOSED~~] **JUDGMENT**

Civil Action No.: 7:21-cv-11226-CS

**WHEREAS,** Plaintiff Palwinder Singh commenced this action by filing a complaint on or about January 10, 2022, alleging he is entitled to unpaid wages and other damages from Defendant 9D Food Mart Inc. d/b/a Sunoco and two other, natural Defendants that are being released from this case in a separate Stipulation of Voluntary Dismissal;

WHEREAS, Defendant 9D Food Mart Inc. d/b/a Sunoco has denied any and all liability arising out of Plaintiff's allegations;

WHEREAS, on August 26, 2022, Defendant 9D Food Mart Inc. d/b/a Sunoco served Plaintiff with an Offer of Judgement pursuant to Rule 68 of the Federal Rules of Civil Procedure (FRCP);

WHEREAS, on August 28 2022, Plaintiff accepted the Offer of Judgment, and therefore it is hereby:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff takes judgment against Defendant 9D Food Mart Inc. d/b/a Sunoco for the total sum of $45,000.00 in full satisfaction of all claims against Defendant; said $45,000.00 offer being inclusive of all costs, disbursements, and

attorneys' fees in Plaintiff's favor. The Judgment is made for the purposes specified in Rule 68 of the FRCP and is not to be construed as an admission of liability by Defendant.

Dated: ~~August XXX, 2022~~ September 6, 2022
White Plains, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.